### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ADAM HAYAT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-21-1163-HE |
| | ) | |
| FNU LNU, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Petitioner Adam Hayat filed this case seeking relief pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. After reviewing petitioner's filings, Judge Erwin issued a Report and Recommendation recommending that the petitioner be construed as a 28 U.S.C. § 2255 petition and transferred to the United States District Court for the District of Colorado.

The Report advised petitioner of his right to object to the Report by January 3, 2022. Petitioner has not objected to the Report[1] thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

---

[1] *Petitioner has filed a notice to the court outlining his purported Due Process allegations, but the notice is dated December 14, 2021 — the same date the Report issued — and received by the court December 20, 2021.*

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5]. Petitioner's petition, construed as a § 2255 petition, is **TRANSFERRED** to the United States District Court for the District of Colorado.

**IT IS SO ORDERED**.

Dated this 24th day of January, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE